

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-19-00074-CR & 04-19-00075-CR

Humberto **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2017CR11793 & 2017CR11790
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 15, 2020.

_____
Rebeca C. Martinez, Justice